LATOYA GOVAN
831 CEDAR LAKE RD
#1324
BILOXI, MS 39532

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ADVANCE AMERICA
1055 HOWELL MILL RD NW
ATLANTA, GA 30318

ADVANCE FINANCIAL 24/7
100 OCEANSIDE DRIVE
NASHVILLE, TN 37204

ADVANCE LOAN SOLUTIONS
P.O. BOX 232
CRANDON, WI 54520

AMERICAN CASH ADVANCE
10340 C DIBERVILLE BL
DIBERVILLE, MS 39540

BIG PICTURE LOANS
P.O. BOX 704
WATERSMEET, MI 49969

BISON CASH
PO BOX 654
SANTA YSABEL, CA 92070

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CHASE
PO BOX 94014
PALATINE, IL 60094-4014

CHASE BANK
PO BOX 5210
NEW HYDE PARK, NY 11042

COMMUNITY CHOICE FI
3586 SANGANI BLVD
STE C
DIBERVILLE, MS 39540

CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

CONCORA CREDIT
P.O. BOX 449
BEAVERTON, OR 97076

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

CUSTOMER CARE GLOBAL
2500 N HIGGINS RD
STE 950
HOFFMAN ESTAT, IL 60169

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

FLASH FUNDS GROUP
PO BOX 70
SOLON, IA 52333

LEND NATION
8208 MELROSE DR
OVERLAND PARK, KS 66214

LENDMARK FINANCIAL SER
2118 USHER ST.
COVINGTON, GA 30014

LUCENT CASH
21977 HWY 79
SANTA YSABEL, CA 92070

MERCHANTS ADJUSTMENT
ATTN: BANKRUPTCY
56 NORTH FLORIDA ST
MOBILE, AL 36607

MONEYKEY
200 CONTINENTAL DRIVE
NEWARK, DE 19713

OLLO/MERRICK/CWS
PO BOX 9222
OLD BETHPAGE, NY 11804

ONEMAIN FINANCIAL
PO BOX 1010
EVANSVILLE, IN 47706

POSSIBLE FINANCE
PO BOX 98686
LAS VEGAS, NV 89193

POST LAKE LENDING
PO BOX 368
CRANDON, WI 54520

RIGHT TRACK MEDICAL
PO BOX 306603
NASHVILLE, TN 37230

SANTANDER BANK
P.O. BOX 961211
FORT WORTH, TX 76161

SINGING RIVER HEALTH S
3109 BIEANVILLE BLVD
OCEAN SPRINGS, MS 39564

SOUTHEAST CLIENT SERV
1055 HOWELL MILL RD NW
ATLANTA, GA 30318

SPOT LOANS
PO BOX 720
BELCOURT, ND 58316

TBOM
906 N. KINGSHIGHWAY
PERRYVILLE, MO 63775

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

U.S. DEPARTMENT OF ED
ATTN: BANKRUPTCY
400 MARYLAND AVENUE
WASHINGTON, DC 20202

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

US DEPT OF EDUCATION
C/O U.S. ATTORNEY
501 E. COURT ST
STE 4.430
JACKSON, MS 39201

WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD, MS 39232